AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

**** DISTRICT OF___NEVADA___

MARK BINEGAR,

        Plaintiff,

  v.

CONNIE BISBEE, et al.,

        Defendant(s).

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  **3:16-cv-00045-MMD-WGC**

___ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the complaint is dismissed in its entirety, with prejudice, as amendment would be futile, for failure to state a cognizable 42 U.S.C. § 1983 claim.

    **IT IS FURTHER ORDERED** that the Court certifies that any *in forma pauperis* appeal would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).

August 4, 2016

**LANCE S. WILSON**
Clerk

/s/ K. Rusin
Deputy Clerk