UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARK BINEGAR,<br><br>    Plaintiff,<br><br>v.<br><br>CONNIE BISBEE et al.,<br><br>    Defendants. | 3:16-cv-00045-MMD-WGC<br><br>**ORDER** |

### I. DISCUSSION

The Inmate Early Mediation Conference for this case is scheduled for December 27, 2016. (ECF No. 9). The stay expired on December 5, 2016. (*See* ECF No. 7). The Court extends the stay through December 30, 2016. Defendants shall file their status report on or before December 30, 2016.

### II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Defendants shall file their status report on or before December 30, 2016.

DATED: December 7, 2016.

_____
United States Magistrate Judge