ADAM PAUL LAXALT
   Attorney General
KATHLEEN BRADY (Bar No. 11525)
   Deputy Attorney General
State of Nevada
Office of the Attorney General
555 Wright Way
Carson City, NV 89711
(775) 684-4605 (phone)
(775) 684-1601 (fax)
kbrady@ag.nv.gov
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARK BINEGAR,<br><br>    Plaintiff,<br><br>vs.<br><br>CONNIE BISBEE,<br><br>    Defendant. | Case No. 3:16-cv-00045-MMD-WGC |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Mark Binegar, pro se, and Defendant Connie S. Bisbee, the Chairman of the Nevada Board of Parole Commissioners (hereinafter "Defendant"), by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Kathleen Brady, Deputy Attorney General, that the Complaint in the above-captioned matter be dismissed in its entirety with prejudice.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

    This Stipulation for Dismissal is based upon a settlement agreement reached by the parties in this matter at an Early Mediation Conference held on February 7, 2017. The settlement terms have further been memorialized in a written settlement agreement executed contemporaneously herewith. Each party shall bear their own attorney fees and costs.

Dated: FEBRUARY 28th, 2017.

*Mark A. Binegar* (signature)
Mark Binegar
Plaintiff, *Pro Se*

Dated: March 8, 2017.

ADAM PAUL LAXALT
Nevada Attorney General

By: (signature)
Kathleen Brady
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED:

(signature)

UNITED STATES ~~MAGISTRATE~~ JUDGE

DATED: March 9, 2017